IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville, Tennessee

| | |
|---|---|
| Craig Cunningham, pro se, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:16-cv-02922 |
| | ) Judge Trauger/Holmes |
| Robert Jacovetti, Esq., et al. | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

COMES NOW, The Law Offices of Constance Mann and would request this Honorable Court enter a NOTICE OF SETTLEMENT of this case. The parties have not yet Agreed to an Order of Dismissal due to some of the settlement terms but anticipate filing same on or before April 7, 2017. Defendants ask that pending deadlines be adjourned, but that the matter NOT be administratively closed pending the filing of a Stipulation of Dismissal and Agreed Order.

Respectfully Submitted:

s/ Constance Mann
The Law Offices of Constance Mann
Constance Mann, Esq.
**TN BPR # 14616**
**CA BPR # 165164**

1107 Battlewood Street
Franklin, TN 37069
(615)-724-1800
cmannlaw@msn.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify, that we have served the Notice of Settlement on all Filing Users through the electronic filing system.

Date of Service: February 14, 2017

        Served by:

        "s/" Constance Mann
        Constance Mann, Esq.
        BPR: (TN) 014616
        BPR: (CA) 165164

        The Law Offices of Constance Mann
        1107 Battlewood Street
        Franklin, TN 37069
        Phone: 615 724 1800
        Fax: 615 724 1809
        Email: cmannlaw@msn.com
        Attorneys for Robert Jacovetti

Recipient(s):

Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211
Plaintiff, pro-se

"If you did not receive this document, please contact the sender immediately to receive an electronic or physical copy of this document."