**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| Craig Cunningham, pro se, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:16-cv-02922 |
| | ) | Judge Trauger/Holmes |
| Robert Jacovetti, Esq., et al, | ) | |
| | ) | |
| Defendants. | | |

AGREED ORDER OF DISMISSAL
Modified to include Defendant

This cause is pending before the United States District Court, Middle District of
Tennessee. Counsel for the parties signify by signing below that all parties have entered into a
settlement of all matters in dispute in this action. Accordingly, by agreement of the parties, it
is ORDERED, ADJUDGED, AND DECREED that the above entitled matter is dismissed with
prejudice.

Enter the 31st day of March 2017.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

Approved for Entry
s/Constance Mann
_____
Constance Mann, Esq. BPR #165164
BPR # 14616
1107 Battlewood Street
Franklin, TN 37069
(615) 724- 1800

s/Craig Cunningham *with permission by Constance Mann*
Craig Cunningham
5543 Edmondson Pike, Suite 248
Nashville, TN 37211 Plaintiff, pro-se

s/ David R. Esquivel *with permission by Constance Mann*
**David R. Esquivel**
150 Third Avenue South, Suite 2800
Nashville, TN 37201